**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-4390**

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

DENNIS MICHAEL GALLIPEAU,

            Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:08-cr-00096-JFA-1)

Submitted:  December 19, 2017                    Decided:  December 21, 2017

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dennis Michael Gallipeau, Appellant Pro Se.  Tommie DeWayne Pearson, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis Michael Gallipeau appeals the district court's order granting the Government's motion to modify the terms of his supervised release and denying Gallipeau's request to terminate his supervision. We have reviewed the record and find no reversible error. The district court acted within its discretion by modifying Gallipeau's terms of supervised release to include 90 days of home confinement with electronic monitoring and to submit to a search of his home at any time during supervision. *See* 18 U.S.C. § 3583(d) (2012). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*